UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ANTHONY THOMAS (#208255)**

**VERSUS**

**STEPHANIE LAMARTINERE, ET AL.**

**CIVIL ACTION**

**NO. 16-85-BAJ-RLB**

### RULING

This matter comes before the Court in connection with the Court's Orders dated March 11, 2016 (R. Doc. 5) and May 3, 2016 (R. Doc. 6).  On March 11, 2016, the plaintiff was ordered to pay, within twenty-one (21) days of the date of the Order (R. Doc. 5), an initial partial filing fee in the amount of $10.00, "or this action shall be dismissed."  The plaintiff failed to pay the initial partial filing fee as ordered, and on March 11, 2016, the Court ordered the plaintiff to show cause, in writing, within twenty-one (21) days of the date of the Order, why his complaint should not be dismissed for failure to pay the initial partial filing fee.  The Order also advised the plaintiff that failure to submit the requested information, or a determination by the Court that the plaintiff had sufficient funds to make the required payment but failed to do so, would result in dismissal of the plaintiff's action without further notice.  *See* R. Doc. 6.

A review of the record reflects that the plaintiff has failed to respond to the Court's Order (R. Doc. 6) and has failed to pay the initial partial filing fee.  Accordingly,

**IT IS ORDERED** that the above-captioned proceeding be **DISMISSED**, **WITHOUT PREJUDICE**, for failure of the plaintiff to pay the Court's initial partial filing fee.  Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on June 16, 2016.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT CORUT